IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
PEARL SEAS CRUISES, LLC,           :     CIVIL ACTION NO.
                                   :     3:11-CV-201 (PSD)
       Petitioner,                 :
                                   :
       v.                          :
                                   :
IRVING SHIPBUILDING INC.,          :
                                   :
       Respondent.                 :     FEBRUARY 23, 2011
---------------------------------------------------------------X

**JOINT MOTION TO TRANSFER THE ACTION
TO JUDGE ARTERTON'S DOCKET**

    Petitioner Pearl Seas Cruises, LLC ("Pearl Seas") and Respondent Irving Shipbuilding Inc. ("Irving") respectfully move jointly, in accordance with Local Rule 40(b)(1), for an order transferring this action to the docket of the Honorable Janet B. Arterton, for consolidation with another related earlier-filed action pending before Judge Arterton. The captioned petition concerns arbitration proceedings between the parties with which Judge Arterton is familiar.

    Pearl Seas filed the earlier related action before Judge Arterton, *Pearl Seas Cruises, LLC v. Irving Shipbuilding Inc.*, Docket No. 3:10-1801 (JBA), on November 16, 2010. Judge Arterton is familiar with the instant arbitration proceedings that are the subject of Pearl Seas' petition and the related earlier-filed action and other factual background. On February 9, 2011, following briefing and oral argument, Judge Arterton, concluding that the Court has personal jurisdiction over Irving, dismissed, without prejudice, on lack-of-finality grounds, a petition filed by Pearl Seas to vacate an earlier partial final arbitration award. (*See* "*Pearl Seas Cruises, LLC v. Irving Shipbuilding Inc.*, *Pearl Seas Cruises LLC v. Irving Shipbuilding Inc.*, 2011 WL 577333 (D.Conn. 2011).)

Due to Judge Arterton's familiarity with the factual background in this dispute, a transfer of this related action to Judge Arterton's docket would serve judicial economy and is in the interest of the effective administration of justice.

**WHEREFORE**, Pearl Seas and ISI request that the Court grant the joint motion and direct the Clerk to transfer this action to Judge Arterton's docket.

Respectfully submitted,

**PETITIONER PEARL SEAS CRUISES, LLC**

By: /s/ Madeleine F. Grossman
Madeleine F. Grossman
Federal Bar No. ct05987
Frank J. Silvestri, Jr.
Federal Bar No. ct05367
Janna D. Eastwood
Federal Bar No. ct26522
**LEVETT ROCKWOOD P.C.**
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
Tel.: (203) 222-0885
Fax: (203) 226-8025
Email: mgrossman@levettrockwood.com
Email: fsilvestri@levettrockwood.com
Email: jeastwood@levettrockwood.com

Of Counsel:

Donald J. Kennedy
Gary D. Sesser
Christopher Rizzo
Judith Wallace
**CARTER LEDYARD & MILBURN LLP**
Two Wall Street
New York, NY 10005
Tel.: (212) 732-3200
Fax: (212) 732-3232
Email: kennedy@clm.com
Email: sesser@clm.com
Email: rizzo@clm.com
Email: wallace@clm.com

**RESPONDENT IRVING SHIPBUILDING INC.**

By: /s/ John Farley
John Farley
Fed. Bar No. ct02239
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel.: (860) 522-6103
Fax: (860) 548-0006
Email: farley@halloran-sage.com

Of Counsel:

Stanley McDermott III
David Wenger
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Tel.: (212) 335-4790
Fax: (212) 884-8490
Email: stanley.mcdermott@dlapiper.com
Email: david.wenger@dlapiper.com

1936098v.1