IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

PEARL SEAS CRUISES, LLC,   :  CIVIL ACTION NO.
              :  3:11-CV-201 (PSD)
    Petitioner,     :
              :
    v.         :
              :
IRVING SHIPBUILDING INC.,    :
              :
    Respondent.    :  FEBRUARY 23, 2011

-------------------------------------------------------------X

**RESPONDENT'S MOTION FOR EXPEDITED RULING ON JOINT MOTION TO TRANSFER THE ACTION TO JUDGE ARTERTON'S DOCKET**

Respondent Irving Shipbuilding Inc. ("Irving") respectfully moves for an expedited ruling on the parties' joint motion to transfer this action to the docket of the Honorable Janet B. Arterton, where a related, earlier-filed action, *Pearl Seas Cruises, LLC v. Irving Shipbuilding Inc.*, Docket No. 3:10-CV-1801 (JBA), is pending, and where another related, earlier-filed action has recently been dismissed. (*See Pearl Seas Cruises, LLC v. Irving Shipbuilding Inc.*, No. 3:10-CV-1294, 2011 WL 577333 (D. Conn. February 9, 2011).)

Irving respectfully asks this Court to expedite its ruling on that joint motion to permit Irving to apply to Judge Arterton at the earliest opportunity for an order extending its time to respond to Respondent Pearl Seas' Complaint in Case No. 3:10-CV-1801, currently due on March 2, 2011, and its time to respond to the Petition filed in this case, currently due on March 15, 2010. Irving intends to file a combined motion to dismiss both actions. The expeditious transfer of this action to Judge Arterton's docket will permit Judge Arterton to set a briefing schedule for both actions.

**WHEREFORE**, Irving respectfully requests that this Court expeditiously direct the Clerk of the Court to transfer this action to Judge Arterton's docket.

Respectfully submitted,

**RESPONDENT**
**IRVING SHIPBUILDING INC.**

By: /s/John Farley
    John Farley
    Fed. Bar No. ct02239

Of Counsel:

Stanley McDermott III
David Wenger
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Tel.: (212) 335-4790
Fax: (212) 884-8490
Email: stanley.mcdermott@dlapiper.com
Email: david.wenger@dlapiper.com

**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel.: (860) 522-6103
Fax: (860) 548-0006
Email: farley@halloran-sage.com

## CERTIFICATION OF SERVICE

I hereby certify that on February 23, 2011, a copy of the foregoing Motion was filed electronically and served by mail on any appearing party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.


/s/John Farley
John Farley

1936102v.1