UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PEARL SEAS CRUISES, LLC

   vs                                             Civil No. 3:11 cv 201 (PCD)

IRVING SHIPBUILDING INC.

ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to the Honorable Janet Bond Arterton.  All further non-efiled pleadings or documents in this matter should be filed with the Clerk's Office in New Haven.  Any non-efiled pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you. [See Local Rule 7(a)].

Dated at New Haven, Connecticut, March 2, 2011.

/s/
Peter C. Dorsey, Senior Judge
United States District Court