| | |
|---|---|
| ![USPS] **UNITED STATES POSTAL SERVICE**® | **Return Receipt for International Mail** (Registered, Insured, Recorded Delivery, Express Mail) |

3:11-cv-201 (PCD)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

CANADA POST / POSTES CANADA
2011 -02- 21
CENTRE / CENTRE
HALIFAX

NEW HAVEN, CT
U.S. DISTRICT COURT
2011 FEB 28 AM 11:02
FILED

| | |
|---|---|
| Return by the quickest route (air or surface mail), à découvert and postage free. A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port. | The sender completes and indicates the address for the return of this receipt. *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)* |
| | **Name or Firm** *(Nom ou raison sociale)* <br> Robin D. Tabora, Clerk of Court |
| | **Street and Number** *(Rue et no.)* <br> United States District Court <br> 141 Church Street |
| | **City, State, and ZIP + 4** *(Localité et code postal)* <br> New Haven, CT 06510  USA <br> UNITED STATES OF AMERICA / Etats-Unis d'Amérique |

PS Form **2865**, February 1997         *Avis de réception*         **CN07** *(Old C5)*

---

**Item Description** *(Nature de l'envoi)*
☐ Registered Article *(Envoi recommandé)*   ☐ Letter *(Lettre)*   ☐ Printed Matter *(Imprimé)*   ☐ Other *(Autre)*   ☐ Recorded Delivery *(Envoi à livraison attestée)*   ☐ Express Mail International

☐ **Insured Parcel** *(Colis avec valeur déclarée)*   | **Insured Value** *(Valeur déclarée)* | **Article Number**

**Office of Mailing** *(Bureau de dépôt)*   | **Date of Posting** *(Date de dépôt)*

**Addressee Name or Firm** *(Nom ou raison sociale du destinataire)*
Irving Shipbuilding Inc.                   RE 071 928 663 US

**Street and No.** *(Rue et No.)*
3099 Barrington Street, P.O. Box 9110

**Place and Country** *(Localité et pays)*
Halifax, Nova Scotia B3K 5M7 CANADA

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

**Postmark of the office of destination** *(Timbre du bureau de destination)*

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)*   | **Date**

**Signature of Addressee** *(Signature du destinataire)*   | **Office of Destination Employee Signature** *(Signature de l'agent du bureau du destination)*

PS Form **2865**, February 1997 (Reverse)