**UNITED STATES POSTAL SERVICE®**

3:11-cv-201 (PCD)

Administration
des Postes des
Etats-Unis
d'Amérique

Return by the quickest route (air or surface mail), à découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

CANADA POST / POSTES CANADA
2011 -02- 21
CENTRE
HALIFAX

*Par Avion*

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Robin D. Tabora, Clerk

United States District Court

Street and Number (Rue et no.)
141 Church Street

City, State, and ZIP + 4 (Localité et code postal)
New Haven, CT 06510   USA

UNITED STATES OF AMERICA / Etats-Unis d'Amérique

PS Form **2865**, February 1997    *Avis de réception*    **CN07** (Old C5)

---

| | Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |

Insured Parcel ☐ (Colis avec valeur déclarée)

Insured Value (Valeur déclarée) | Article Number

Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Irving Shipbuilding Inc.    RE 071 928 663 US

Street and No. (Rue et No.)
3099 Barrington Street, P.O. Box 9110

Place and Country (Localité et pays)
Halifax, Nova Scotia B3K 5M7 CANADA

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)   Date

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form **2865**, February 1997 (Reverse)