IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
PEARL SEAS CRUISES, LLC,                :       CIVIL ACTION NO.
                                        :       3:11-CV-0201 (JBA)
      Petitioner,                      :
                                        :
v.                                      :
                                        :
IRVING SHIPBUILDING INC.,               :
                                        :
      Respondent.                      :       May 27, 2011
-----------------------------------------------------------------X

### RESPONDENT'S CROSS-MOTION TO DISMISS THE PETITION TO VACATE ARBITRAL AWARD

Pursuant to Fed R. Civ. P. 12(b)(6), 9 U.S.C. § 3, Fed R. Civ. P. 12(b)(2), and Local Rule 7, respondent Irving Shipbuilding, Inc. ("ISI") hereby cross-moves (a) to dismiss the Petition to Vacate Arbitral Award ("Petition") filed by petitioner Pearl Seas Cruises, LLC ("Pearl Seas") for failure to state a claim on which relief can be granted; (b) alternatively, to stay or dismiss the Petition in accordance with 9 U.S.C. § 3; and (c) alternatively, to dismiss the Petition because the Court lacks personal jurisdiction over ISI. ISI also submits under separate cover a memorandum of law and the declaration of David Wenger, identifying relevant documents.

WHEREFORE, for the reasons set forth in its memorandum of law, ISI requests that the Court dismiss the Petition.

                                                Respectfully submitted,

                                                **RESPONDENT IRVING SHIPBUILDING INC.**

Of Counsel:                               By: /s/ John B. Farley
                                                  John B. Farley
Stanley McDermott III                  CT Fed. Bar No. 02239
David Wenger                               **HALLORAN & SAGE LLP**
**DLA PIPER LLP (US)**                 One Goodwin Square
1251 Avenue of the Americas        225 Asylum Street
New York, NY 10020-1104           Hartford, CT 06103
Tel.: (212) 335-4790                     Tel.: (860) 297-4635
Fax: (212) 884-8490                     Fax: (860) 548-0006
Email: stanley.mcdermott@dlapiper.com    Email: farley@halloran-sage.com
Email: david.wenger@dlapiper.com

## CERTIFICATION OF SERVICE

I hereby certify that on May 27, 2011, a copy of the foregoing Cross-Motion to Dismiss the Petition to Vacate Arbitral Award and related papers was filed electronically and served by mail on any appearing party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

Also, pursuant to the Court's Chambers Practices, a courtesy copy was sent by overnight courier to:

The Honorable Janet Bond Arterton
c/o chambers
U.S. District court
 For the District of Connecticut
141 Church Street
New Haven, CT 06510

/s/ David S. Wenger
David S. Wenger