IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| PEARL SEAS CRUISES, LLC, | CIVIL ACTION NO. |
| | 3:10-CV-01801 (JBA) |
| Plaintiff, | |
| v. | |
| IRVING SHIPBUILDING INC., | |
| Defendant. | |

---

| | |
|---|---|
| PEARL SEAS CRUISES, LLC, | CIVIL ACTION NO. |
| | 3:11-CV-0201 (JBA) |
| Petitioner, | |
| v. | |
| IRVING SHIPBUILDING INC., | |
| | May 27, 2011 |
| Respondent. | |

### DECLARATION OF DAVID WENGER IN SUPPORT OF IRVING'S MOTIONS TO DISMISS THE COMPLAINT AND PETITION

I, David Wenger, respectfully submit this declaration on behalf of Irving Shipbuilding Inc. ("ISI") in support of its motions to dismiss the complaint filed by Pearl Seas Cruises, LLC ("Pearl Seas"), Case No. 3:10-CV-1801, and the Petition filed by Pearl Seas, Case No. 3:11-CV-201. This declaration identifies relevant documents.

1. Exhibit 1 is the Panel's third Partial Final Award and Mr. Nourse's dissent, dated July 2, 2010.

2. Exhibit 2 is the Panel's fourth Partial Final Award and Mr. Nourse's dissent, dated November 9, 2010.

3. Exhibit 3 is a letter from ISI to the Panel, dated November 15, 2010.

4. Exhibit 4 is a letter from Pearl Seas to the Panel, dated November 16, 2010.

5. Exhibit 5 is a letter from ISI to the Panel, dated November 17, 2010.

6. Exhibit 6 is the Panel's clarification of its November 9, 2009 Partial Final Award and Mr. Nourse's dissent, dated November 19, 2010.

7. Exhibit 7 is the Panel's directive to the parties at the conclusion of a conference with the parties on April 1, 2011.

8. Exhibit 8 is letter from ISI to Lloyd's Register and International Registries, Inc. ("IRI"), dated April 4, 2011.

9. Exhibit 9 is a letter from Pearl Seas to Lloyd's Register and IRI, dated April 4, 2011.

10. Exhibit 10 is an email dated April 20, 2011 from Thomas Heinan of IRI acknowledging receipt of ISI's April 4, 2011 letter.

11. Exhibit 11 is a letter from Lloyd's Register to the parties, dated May 2, 2011.


Dated: New York, New York
      May 27, 2011

_____
David S. Wenger